THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONNIE D. BROWN, Appellant. [701 NYS2d 681] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Murder, 2nd Degree.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. FERGUSON, Appellant. [700 NYS2d 910] —Judgment unanimously affirmed (*see, People v Rodriguez,* 259 AD2d 1040). (Appeal from Judgment of Niagara County Court, Fricano, J.—Violation of Probation.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.